# THE HOLY SABBATH-TABERNACLE
## OF
# THE LORD

[THE UNIVERSAL HOLY-COVENANTED SABBATH CHURCH OF THE LORD GOD, THE 2ND COMING: 010100001]

THE DOCTRINE OF SABBATH-SEALED AND EVANGELIC "ISURRENDER ALL" PRAISE THE LORD IN THE WORLD OF THE HOLY TRINITY; AND THE WORD OF GOD TO "ALL YE PEOPLE OF ALL NATIONS: KEEP THE SABBATH, KEEP THE SABBATH" AND BELIEVE IN IT.

JAMES AGGREY-KWEEGYIRR, ARUNGA, SABBATHIAN SAVANT, SERVANT, OF THE LORD
THE ELDER JAMES, PRAYER AND PROPHECY OF THE LORD · KENYA BENEVOLENT HUMANITARIAN
POST OFFICE BOX 1344 · SACRAMENTO · CALIFORNIA 95812·1344 · USA

JAMES AGGREY-KWEEGGIRR ARUNGA

~~P.O. BOX 1344~~, 4849 MANZANITA AVENUE, APT. 4

SACRAMENTO, CA  95812-1344

TELEPHONE NUMBER: 916-344-3045

**FILED**

MAY - 6 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CIVIL ACTION NUMBER __

Case: 1:08-cv-00777
Assigned To : Leon, Richard J.
Assign. Date : 5/6/2008
Description: Pro Se General Civil

JAMES AGGREY-KWEEGGYIRR ARUNGA, DL HOM AND OR PROSPERITY-
EMBRYO SPIECES—EXTANT SPECIES OF "WE THE PEOPLE OF THE
UNITED STATES OF AMERICA" AND OR OTHERS, SIMILARLY, SITUATED,
P.O. BOX 1344, SACRAMENTO, CA 95812-1344. TELEPHONE NUMBER:
916-344-3045.

PLAINTIFFS

-V-

1.  NICOLE A. OZER/AMERICAN CIVIL LIBERTY UNION, 1333 H STREET,
    NW, WASHINGTON, DC 20005
1.1. ROGER DICKINSON, 700 H STREET, ROOM 2450, SACRAMENTO, CA
    95814-1280
2.  BONNIE PANNELL, 915 I STREET, 5th FLOOR, SACRAMENTO, CA 95814
3.  ANNE MARIE GOLD, SACRAMENTO PUBLIC LIBRARY BUILDING,
    828 I STREET, SCARAMENTO, CA 95814
    DEFENDANTS

JAMES AGGREY-KWEEGGYIRR-ARUNGA, DL HOM AND OR PROSPERITY-
EMBRYO SPIECES—EXTANT SPECIES OF "WE THE PEOPLE OF THE
UNITED STATES OF AMERICA" AND OR OTHERS, SIMILARLY, SITUATED,
P.O. BOX 1344, SACRAMENTO, CA 95812-1344. TELEPHONE NUMBER:
916-344-3045.

PLAINTIFFS

-V-

4. RICHARD TEICHERT, SACRAMENTO PUBLIC LIBRARY BUILDING,
   828 I STREET, SACRAMENTO, CA 95814
5. ALISON LANDERS, SACRAMENTO PUBLIC LIBRARY BUILDING,
   828 I STREET, SACRAMENTO, CA 95814
6. AREVIK BAGDASSARI, SACRAMENTO PUBLIC LIBRARY BUILDING,
   828 I STREET, SACRAMENTO, CA 95814
7. CYNTHIA PHIPPS, SACRAMENTO PUBLIC LIBRARY BUILDING,
   828 I STREET, SACRAMENTO, CA 95814
8. CHRISTOPHER FREEEMAN, SACRAMENTO PUBLIC LIBRARY BUILDING,
   828 I STREET, SACRAMENTO, CA 95814
9. SHELLEY ANDREWS, CARMICHAEL LIBRARY BUILDING, 5605 MARCONI
   AVENUE, CARMICHAEL, CA 95608
10. CLAUDIA CAREY, CARMICHAEL LIBRARY BUILDING, 5605 MARCONI
    AVENUE, CARMICHAEL, CA 95608
11. AMERICAN CIVIL LIBERTY UNION AND FOUNDATION, 125 BOARD
    STREET, 18th FLOOR, NEW YORK, NY 10004
12. AMERICAN CIVIL RIGHTS INSTITUE, P.O. BOX 18835, SACRAMENTO,
    CA 95818
13. AMERICAN CIVIL LIBERTY UNION, 1616 BEVERLY BOULEVARD, LOS
    ANGELES, CA 90026
14. AMERICAN CIVIL LIBERTY UNION, 1520 N. COCOA BLVD., COCOA, FL
    32922
15. AMERICAN CIVIL LIBERTY UNION, P.O. BOX 3410, HONOLULUL, HI
    96801
16. AMERICAN CIVIL LIBERTY UNION, P.O. BOX 881, MOLN, IL 61266
17. AMERICAN CIVIL LIBERTY UNION, 180 N. MICHIGAN AVE., SUITE 2300,
    CHICAGO, IL 60601
18. AMERICAN CIVIL LIBERTY UNION, 99 CHAUNCY STREET, BOSTON, MA
    02111

DEFENDANTS

ii

JAMES AGGREY-KWEEGGYIRR-ARUNGA, DL HOME AND OR ROSPERITY-EMBRYO SPIECES—EXTANT SPECIES OF "WE THE PEOPLE OF THE UNITED STATES OF AMERICA" AND OR OTHERS, SIMILARLY, SITUATED, P.O. BOX 1344, SACRAMENTO, CA 95812-1344. TELEPHONE NUMBER: 916-344-3045.

PLAINTIFFS

-V-

19. AMERICAN CIVIL LIBERTY UNION, 1021 W. BROADWAY AVENUE, MINNEAPOLIS, MN 55411

20. AMERICAN CIVIL LIBERTY UNION, 18 LOW AVENUE, CONCARD, NH 03301

21. AMERICAN CIVIL LIBERTY UNION, 89 MARKET STREET, NEWARK, NJ 07102

√22. AMERICAN CIVIL LIBERTY UNION, P.O. BOX 8O915, ALBUQUERQUE, NM 87198

23. AMERICAN CIVIL LIBERTY UNION, 132 W. 43rd STREET, NEW YORK, NY 10035

24. AMERICAN CIVIL LIBERTY UNION, 39 DRUMM STREET, SAN FRANCISCO, CA 94111

25. AMERICAN CIVIL LIBERTY UNION, 13th 33 H STREET, NW, WASHINGTON, DC 20005

DEFENDANTS

iii

# THE HOLY SABBATH-TABERNACLE
## OF
# THE LORD

[THE UNIVERSAL HOLY-COVENANTED SABBATH CHURCH OF THE LORD GOD, THE 2ND COMING: 01010001]



THE ARK OF THE HOLY COVENANT

<div style="writing-mode: vertical">

THE DOCTRINE OF SABBATH-SEALED AND EVANGELIC "I SURRENDER ALL" PRAISE THE LORD IN THE WORLD OF THE HOLY TRINITY: AND THE WORD OF GOD TO "ALL YE PEOPLE OF ALL NATIONS: KEEP THE SABBATH, KEEP THE SABBATH" AND BELIEVE IN IT.

JAMERS AGGREY-KWEGGYRR, ARUNGA, SABBATHIAN SAVANT, SERVANT, OF THE LORD
THE ELDER JAMES, PRAYER AND PROPHECY OF THE LORD - KENYA BENEVOLENT HUMANITARIAN
POST OFFICE BOX 1344 - SACRAMENTO - CALIFORANIA 95812-1344 - USA

</div>

### RULE 8(a)—SHORT BRIEF STATEMENT FOR JURISDICTIONAL RELIEF(S)

**This action arises from diversity of citizenship and also from American Civil Liberty Union-puton that claims First Amendment of United States Constitution protects "open access to the internet for pornography and pornography viewers in public libraries and public places."**

TO WIT: 1(a). Defendants, in diversity of citizenship(s), are listed as 10 persons and 15 private entities.

1(b). Captioned Plaintiffs in diversity of citizenship are citizens of the State of California. 2). Defendants, collectively, threaten(ed) that unless plaintiffs "open access to the internet for pornography viewers in public libraries and or in other public places", defendants will sue the plaintiffs under the First Amendment that Defendants claim protects pornography and pornography viewers in public places."\*

### SPECIFIC PARTY JURISDICTION

A.  PLAINTIFFS: Are State of California citizens. Arunga is Carmichael Public Library patron. He is also a member of Friends of Carmichael and Isleton Public Libraries. DL Hom and posterity are employee(s) and users of Sacramento Public Library System.

B.  DEFENDANTS: Are organized individuals located in nationwide places of the United States. Listed defendants, collectively 10 persons and 15 private entities are inherently in violation of RICO, Section 1962 et seq.; Civil Rights Act(s); and, The Basic Constitutional Rights of Plaintiffs.

\*Include the presence of the Children—posterity.

**PAGE 1 OF 6**

The text running vertically in the left margin: THE HOLY SABBATH-TABERNACLE OF THE LORD

C. **SUBJECT MATTER JURISDICTION:**

1. Captioned individuals, Roger Dickinson, Bonnie Pannell, Anne Marie Gold, Richard Teichert, Alison Landers, Arevik Bagdassari, Cynthia Phipps, Christopher Freeman, Shelley Andrews, Claudia Carey, and 15 private entities represent collective diversity of citizens doing business in internet pornography and kickbacks scandalous contracts, throughout the United States, at the expense of taxpayers monies.

2. Roger Dickinson and listed racketeers acted to establish internet pornography in the Sacramento Public Library System and Facilities, before and or on July 15th 2005.

3. Said racketeers approved to establish internet pornography in Sacramento Public Library System and Facilities, before and or on July 15, 2005.

4. Before and on March 2004, Roger Dickinson, Bonnie Pannell, Anne Marie Gold, Richard Teichert, Alison Landers and Arevik Bagdassari acted to contract scandalous business, to expand building facilities that would accommodate internet pornography business in Sacramento Public Library System and Facilities.

5. Said racketeers were engaged in scandalous racketeering kickbacks from March 2004—.

6. Before and on March 27, 2008, Roger Dickinson, Bonnie Pannell and Anne Marie Gold acted to compensate 10 listed racketeers out of taxpayers' monies that were allocated for library branches use, including employees' pay.

7. By March 27, 2008, said racketeers had approved and dispensed taxpayers' monies in the form of subornation to listed 10 defendants.*

---

*Because seemingly, if not seeming compensation for Anne Marie Gold was tabled as kickbacks on March 27, 2008.

8. Before and or on September 11, 2007, Anne Marie Gold, Alison Landers, Richard Teichert, Arevik Bagadassari, Cynthia Phipps, Christopher Freeman, Shelley Andrews and Claudia Carey, conspired and engaged in unlawful employment practices in the form of: retaliatory harassment(s); mild retaliatory discrimination(s); and, severe retaliatory contumelies, against DL Hom and posterity, and against DL Hom's 27 years of professional experience as librarian. ATTACHMENT—ONE, _Infra_

9. On September 11, 2007, said racketeering defendants, retaliatorily, discriminated Carmichael Library Branch "Manager"—DL Hom, from available Interim Supervisor position. Id.

10. Before and on February 2008, said racketeers conspired to engage in unlawful employment practices in the form of retaliatory harassment that resulted in mild retaliatory discrimination(s) to severe retaliatory contumelies, against DL Hom and posterity, and against DL Hom's 27 years of professional experience as librarian. Id.

11. 10 listed defendants and 15 private entities are, collectively, in the business of marketing internet for pornography in public libraries and or in public places, in which Children's presence is situated. ATTACHMENT—TWO.

12. Plaintiffs, however, are not in favor of internet pornography or "open access to the internet for pornography in public libraries and or in public places", in which Children are present.

13. Listed defendants, collectively, 10 persons and 15 private entities, a/k/a America Civil Liberty Unions discriminate against DL Hom and posterity from job employment as a(i) Interim Supervisor; a(ii) Branch "Manager"; and, a(iii) Library Supervisor III, Grade 10; because plaintiffs are not in favor of defendants internet pornography in public libraries and in public places.  b) That, listed defendants engaging in racketeering business of marketing, expanding, accommodating and threatening to impose the internet "open access for pornography viewers, in public libraries and in public places", are not protected under the First Amendment of the United States Constitution.  In fact, said defendants are organized individuals, directly-indirectly, guilty of well orchestrated: Financial Finagling; Defalcations; Subornations; Meretricious Pettiforggeries; Retaliatory Harassment(s); Discriminatory Contumelies; and,

**PAGE 3 OF 6**

Unauthorized Profiling and Privacy Invasion of the plaintiffs, without probable cause.

D. **SPECIFIC ISSUE(S) AT LAW**

1. Pornography, defined-undefined appearance(s) in variegated forms, denotes cult barred, in the United States of America.
2. Pornography, defined-undefined appearance(s) in variable forms of cult-influences, connotes cult influencing practices banned, in the United States.
3. Defendants threatening to file a lawsuit to enforce "open access to the internet for pornography" and for pornography viewers in public libraries and in public places, is but attainder and ex post facto argument(s) barred and banned for want of Legal Standing of the Law of the Land.
4. "Open access to the internet for pornography and for pornography viewers in the public libraries and in the public places", is ochlocratic and nihilist right(s) barred and banned as enumerations of puton cult-culture in the United States Constitution.
5. Arunga, DL Hom and Posterity are victims of well orchestrated retaliatory harassment(s); retaliatory discrimination(s) that hinder them from using public library system to mild retaliatory job discrimination(s) in Sacramento Public Library System; and, intentional retaliatory subjections to severe torturing contumelies, orchestrated by the said defendant against said plaintiffs.

E. **FIA: FIRST LITIGATION DISCOVERY**

Defendants--N. Ozer, R. Dickinson, B. Pannell, A. Gold, R. Teichert, A. Landers, A. Bagdassari, C. Phipps, C. Freeman, S. Andrews, and C. Carey: Must list all jobs separately according to experience specificity of 10 job employment(s) you have held in the past, beginning with your most recent or current position by using and completing expounded format below; then, attach your resume(s).

# EXPERIENCE

| Employed | Your Title: _____ Hours/Week:_____ | Employer: _____ |
|---|---|---|
| From: ___/___ | Your Duties: _____ | Address: _____ |
| Mo. Yr. | _____ | _____ |
| To: | _____ | Reason for Leaving: _____ |
| ___/___ | _____ | |
| Mo. Yr. | This job was: ☐ Paid ☐ Volunteer ☐ No. of People Supervised:_____ | |
| Salary: | | |
| $_____ | | |

| Employed | Your Title: _____ Hours/Week:_____ | Employer: _____ |
|---|---|---|
| From: ___/___ | Your Duties: _____ | Address: _____ |
| Mo. Yr. | _____ | _____ |
| To: | _____ | Reason for Leaving: _____ |
| ___/___ | _____ | |
| Mo. Yr. | This job was: ☐ Paid ☐ Volunteer ☐ No. of People Supervised:_____ | |
| Salary: | | |
| $_____ | | |

| Employed | Your Title: _____ Hours/Week:_____ | Employer: _____ |
|---|---|---|
| From: ___/___ | Your Duties: _____ | Address: _____ |
| Mo. Yr. | _____ | _____ |
| To: | _____ | Reason for Leaving: _____ |
| ___/___ | _____ | |
| Mo. Yr. | This job was: ☐ Paid ☐ Volunteer ☐ No. of People Supervised:_____ | |
| Salary: | | |
| $_____ | | |

| Employed | Your Title: _____ Hours/Week:_____ | Employer: _____ |
|---|---|---|
| From: ___/___ | Your Duties: _____ | Address: _____ |
| Mo. Yr. | _____ | _____ |
| To: | _____ | Reason for Leaving: _____ |
| ___/___ | _____ | |
| Mo. Yr. | This job was: ☐ Paid ☐ Volunteer ☐ No. of People Supervised:_____ | |
| Salary: | | |
| $_____ | | |

| Employed | Your Title: _____ Hours/Week:_____ | Employer: _____ |
|---|---|---|
| From: ___/___ | Your Duties: _____ | Address: _____ |
| Mo. Yr. | _____ | _____ |
| To: | _____ | Reason for Leaving: _____ |
| ___/___ | _____ | |
| Mo. Yr. | This job was: ☐ Paid ☐ Volunteer ☐ No. of People Supervised:_____ | |
| Salary: | | |
| $_____ | | |

| Employed | Your Title: _____ Hours/Week:_____ | Employer: _____ |
|---|---|---|
| From: ___/___ | Your Duties: _____ | Address: _____ |
| Mo. Yr. | _____ | _____ |
| To: | _____ | Reason for Leaving: _____ |
| ___/___ | _____ | |
| Mo. Yr. | This job was: ☐ Paid ☐ Volunteer ☐ No. of People Supervised:_____ | |
| Salary: | | |
| $_____ | | |

| Employed | Your Title: _____ Hours/Week:_____ | Employer: _____ |
|---|---|---|
| From: ___/___ | Your Duties: _____ | Address: _____ |
| Mo. Yr. | _____ | _____ |
| To: | _____ | Reason for Leaving: _____ |
| ___/___ | _____ | |
| Mo. Yr. | This job was: ☐ Paid ☐ Volunteer ☐ No. of People Supervised:_____ | |
| Salary: | | |
| $_____ | | |

| Employed | Your Title: _____ Hours/Week:_____ | Employer: _____ |
|---|---|---|
| From: ___/___ | Your Duties: _____ | Address: _____ |
| Mo. Yr. | _____ | _____ |
| To: | _____ | Reason for Leaving: _____ |
| ___/___ | _____ | |
| Mo. Yr. | This job was: ☐ Paid ☐ Volunteer ☐ No. of People Supervised:_____ | |
| Salary: | | |
| $_____ | | |

| Employed | Your Title: _____ Hours/Week:_____ | Employer: _____ |
|---|---|---|
| From: ___/___ | Your Duties: _____ | Address: _____ |
| Mo. Yr. | _____ | _____ |
| To: | _____ | Reason for Leaving: _____ |
| ___/___ | _____ | |
| Mo. Yr. | This job was: ☐ Paid ☐ Volunteer ☐ No. of People Supervised:_____ | |
| Salary: | | |
| $_____ | | |

| Employed | Your Title: _____ Hours/Week:_____ | Employer: _____ |
|---|---|---|
| From: ___/___ | Your Duties: _____ | Address: _____ |
| Mo. Yr. | _____ | _____ |
| To: | _____ | Reason for Leaving: _____ |
| ___/___ | _____ | |
| Mo. Yr. | This job was: ☐ Paid ☐ Volunteer ☐ No. of People Supervised:_____ | |
| Salary: | | |
| $_____ | | |

## SUMMARY

Categorically, plaintiffs' subject matter listed as B through D, Supra, pleads and issues Federal Lawsuit for injunctive and monetary deterrent retributions, against 25 listed defendants.

## SPECIFIC CONCLUSION AT LAW

1. FRCP, Rule 8(a). Jurisdictional relief-statement.
2. Title 28 USC: Sections 1331 et seq., 1332 et seq., 1342 et seq., 1343 et seq., 2282 and 2284.
3. U.S. Fair Housing and Employment Acts (The Act), Section 818 et seq.
4. U.S. Freedom of Information Act et seq.
5. Title 42 USC: Sections 1981 et seq., and 1983 (2000).
6. RICO, Sections 1962 and 1964 et seq.
7. United States Constitution: Article I, Section 9(3) and Article VI, Section 2; Amendments I, VII, IX, XIV et seq.
8. U.S. Preamble, "We the People..." Posterity Provision.

## PRAYER(S)

U.S. District Court in this circuit is prayed to grant Plaintiffs:
1. Their Federal Lawsuit against 25 captioned defendants.
2. Injunctive relief against said defendants
3. $1.7Billion monetary damages in actual and punitive deterrent retributions against 25 listed defendants.
4. Litigation costs and fees that court finds appropriate, in favor of plaintiffs against defendants.
5. JURY TRIAL IS REQUESTED

PLAINTIFFS SO REQUEST THIS COURT TO GRANT THEM THEIR PRAYER(S), ACCORDINGLY.

It is so prayed, requested, and submitted for favorable consideration, for the plaintiffs Arunga, Hom and Posterity against listed defendants.

Dated on the __5__ May, 2008 by:

_____
JAMES AGGREY-KWEEGGYIR-ARUNGA/DL HOM AND POSTERITY

THE HOLY SABBATH-TABERNACLE OF THE LORD

# ATTACHMENTS-I:

2. Library Supversior III Cover Letter submitted April 11, 2008

3. DL Hom's Resume submitted April 11, 2008

4. Manager Jill Stockinger's 2007 Evaluation of DL Hom

5. Grand Jury's Communication to "Branch Manager" DL Hom

6. Patron Arunga's Friends of the Library Membership

1

**Sacramento Public Library**

**Attention: Library Supervisor III Recruitment Team**
**828 I Street (4 th floor)**
**Sacramento, CA 95814**

**I am submitting my application for the position of Library Supervisor III at the Carmichael Branch Library.**

**Thank you for your kind consideration and concern in this matter.**

**Dated: April 11, 2008**

*Doreen Lee              April 11, 2008*

**Doreen Lee, Carmichael Adult Services Librarian II**
**Carmichael Library**
**5605 Marconi Ave, CA 95608**

08 0777

**FILED**

MAY - 6 2008

Clerk, U.S. District and
Bankruptcy Courts

# *Doreen H. Lee*

2560 Sunnydale Lane

Penryn, CA 95663

916/663-9455

dlee@saclibrary.org

## SUMMARY OF QUALIFICATIONS

◆Proven writing, communication, interpersonal and management skills.

◆Relate well to decision makers; enthusiastically master new challenges and problems creatively and reasonably

◆Work well independently, proven ability to complete projects against deadlines

| | |
|---|---|
| •Informational Management | •Establishing Partnerships |
| •Supervising Employees | •Purchasing materials/Computer Software/Equipment |
| •Developing Budgets | •Managing Marketing program/Special Events |
| •Compiling Reports | •Board Member of North Bay Cooperative Library systems (NBCLS) |
| •Subject Analysis | •Stanford University Library |
| •Training | •Hawaii University Library at Manoa |

## PERSONAL STRENGTHS

◆Troubleshooting, facilitation, supervision, management, coordination, training, research, budgeting, communication

◆High level administrative and supervisory skills

◆Logical and sequential thinking

## PROFESSIONAL HIGHLIGHTS

**SACRAMENTO PUBLIC LIBRARY SYSTEM, CARMICHAEL BRANCH LIBRARY**
Carmichael, CA                                                                                              2001-Present
**Adult Services Librarian**
Responsibilities including but not limited to providing information and retrieval knowledge of in-house resources and databases; collection development, branch Technical Services Liaison and a liaison to the Carmichael Affiliated Friends; adult programming, outreach, compiling reports, documentation, procedures; workshop training, events planning, evaluation, equipment maintenance and troubleshooting.

**TRAVIS AIR FORCE BASE, MITCHELL MEMORIAL LIBRARY**
Travis, CA                                                                                                      1999-2001
**Library Director**
Responsibilities including but not limited to directing a full-service library program including and information center, supervised personnel; developed budgets; established short and long-term library plans, procurement policies and procedures, fiscal, accounting processes, formed partnerships, networks with local, state and regional organizations; managed space allocation, marketing program, outreach and publicity programs, exhibits, and events; facilities management; compiled reports and analysis of operations; performs liaison duties with user groups; attended meetings, conferences, workshops and seminars; performed comprehensive reference and literature searches; cataloged materials; subject analysis; purchased collection materials, computer software, and equipment.

**SYNTEX RESEARCH** (Divisions of SYNTEX U.S.A.)
Institute of Clinical Medicine                                                                          1987-1990
**Medical Informational Specialist**
Develop and implement usable methodology for maintaining and accessing on-line archives containing research proposal and trail reports; recruit, train, and evaluate staff assistants; manage indexing, storage and retrieval of institutes' printed material; managed small in-house library consisting of professional journals.

**COOPERATIVE LIBRARY AGENCY FOR SYSTEMS AND SERVICES (CLASS)**
San Jose, CA                                                                                                    1986-1987
**Technical Services Coordinator, RLIN**
Trained subscribers in the use of CLASS Research Libraries Information Network; specialized data entry/retrieval services; handled all aspect of customer service including sales, collections, and problem resolutions; provided prompt courteous customer service.

**ADVANCED INFORMATION MANAGEMENT**
Mountain View, CA                                                                                          1984-1987
**Contract Librarian**
Established libraries; determined needs, gathered and evaluated library content; information retrieval; project research services system assistance; catalogued technical acquisitions; abstracted and indexed information.

## EDUCATION AND TRAINING

Air Force Library Directors' Training, San Antonio, TX
Air Force Librarian Workshop, Chicago, IL
Local Network Technician Training, Certified CNA and CNE, Foundation College, Pleasant Hill, CA
MLS, University of Hawaii, Honolulu Hawaii
BA History/Sociology, University of California, Davis, CA

687

**From:** Jill Stockinger
**Sent:** Wed 12/12/2007 4:37 PM
**To:** Doreen Lee
**Cc:** Jill Stockinger
**Subject:** FW: Beginning Doreen's eval MORE to include!

Include you ARE on the ALL-SPL group
Adult Services and worked with Dottie from KIN
to get the adult services Program Finder created.


Jill Stockinger, Branch Supervisor
SPL-Rancho Cordova Library


**From:** Jill Stockinger
**Sent:** Tue 12/11/2007 5:33 PM
**To:** Jill Stockinger; Doreen Lee
**Subject:** Beginning Doreen's eval

Dear Doreen- I have not finished yet, but this is what I have so far-- Jill
Evaluation for Doreen Lee by Jill Stockinger

I supervised Doreen Lee for approximately five years, including from Sept. 17
2006 through Oct. 14 2007.
She is a hard worker who takes her responsibilities very seriously.
She provides help to all customers but is particularly willing to go
to great lengths with reference questions when it is clear the person
is unable to do the searching themselves.
She is good at looking at the big picture when looking at library issues and concerns.
She has been the technical liaison between the Carmichael Library and
IT, and has developed an excellent working relationship with Curtis. Her ability to
understand, fix, and explain computer and IT problems in terms the IT staff grasp easily
has really helped CAR.
She believes rules exist for good reasons and does not like bending them very often.
She has worked closely with the Carmichael Friends Group and is to be commended
for the help she has given them in planning fund-raisers and helping them work out
details to have the monthly book sales. They depend on her expertise and advice greatly,
and she helps keep things running smoothly between the library and the Friends'
members.

She has offered to change her schedule many times when library scheduling has been a
problem, and has often put the library first over her personal needs. She has subbed at
other branches such as ARD and FAI when they have requested help from other
branches.

She cares greatly about the library and having the library run smoothly with good organization.

She has put a great deal of time into keeping the fiction collection current and does the paperback ordering for the branch out of Advance.  She tries to meet the needs of customers, weeding unneeded books
and adding wanted ones continuously.


Jill Stockinger, Branch Supervisor
SPL-Rancho Cordova Library

4.1



CONFIDENTIAL

Ms. Doreen Lee
Branch Manager
Carmichael Library
5605 Marconi Ave.
Carmichael, CA 95608

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SACRAMENTO
720 9th Street, Room 101
Sacramento, CA 95814-1311

5

# FRIENDS OF THE SACRAMENTO PUBLIC LIBRARY MEMBERSHIP APPLICATION

<u>Be a Friend</u>

Print and fill out this application and mail it to: Friends of the Sacramento Public Library, Department HP, 828 I Street, Third Floor, Sacramento, CA 95814. (Applications are also available at all the Sacramento Public Libraries or call the Friends office at 916-264-2880 and have one mailed to you.)

Name: <u>JAMES AGGREY-KWEGGYIRR ARUNGA</u>

Address: <u>POST OFFICE BOX 1344</u>

City: <u>SACRAMENTO</u>

State: <u>CA</u>

Zip: <u>95812-1344</u>

Phone: <u>916-344-3045</u>

E-mail: N/A

Name of your branch Library: <u>Carmichael-Courtland-Isleton Libraries</u>

**Check one (make check payable to FSPL):**

_____ $10 Youth (18 and under)

_____ $15 Individual

_____ $20 Family

_____ $50 Business/Association

___**X**__ **$75 Patron= *$25.00 per Branch***

Tax-deductible donation (optional) _____

<u>Friends@saclibrary.org</u>

828 I Street, Sacramento, CA 95814 (916) 264-2920. Send comments to:
<u>contact@saclibrary.org</u>
© 2003-2007 Sacramento Public Library. Last updated: February 5, 2008 .

*6*

## ATTACHMENTS-II:

A

B

C

D

E

F

G

H

I

J

K

L

M

N

O

P

Q

R

S

T

U

V

W

X

Y

Z



**dallasnews.com**
**The Dallas Morning News**

# CPS says sexual abuse encouraged at Texas polygamist ranch at hearing

07:08 AM CDT on Friday, April 18, 2008

**By KAREN BROOKS / The Dallas Morning News**
kmbrooks@dallasnews.com

SAN ANGELO, Texas – Authorities decided to remove 416 children from the polygamist Yearning For Zion ranch in Eldorado after child-welfare officials discovered a "pervasive belief" among them "that underage marriage and children having children was what they were supposed to do," a child-welfare supervisor testified Thursday.

"When the prophet decided they were to be married – and no age is too young – they would be married, and they wanted to have as many babies as they could." said Child Protective Services supervisor Angie Voss, who testified for several hours during a marathon child custody hearing in San Angelo. "The boy children, the girl children, the male adults, the female adults, this is their belief."

That, Ms. Voss said, was the main reason CPS officials went to the ranch operated by the Fundamentalist Church of Jesus Christ of Latter Day Saints looking for one girl and emerged with an order to remove all children.

Attorneys for the parents and some of the children are trying to show that CPS overstepped its bounds. They argue that at least some of the younger children and the boys should be allowed to return to the ranch. CPS, however, maintains that if children weren't in immediate danger of sexual abuse, they were being raised in an environment where sexual abuse was encouraged.

Ms. Voss' testimony came on the first day of the hearing and went into the night Thursday. She was still on the stand when Judge Barbara Walther declared a recess. Ms. Voss will be on the stand when the hearing resumes today.



AP
A long line forms at the Tom Green
County Courthouse in San Angelo, TX,
where child custody hearings for the
children taken from the Yearning for
Zion ranch in Eldorado, TX, began



# Department of Justice

**U.S. Department of Justice**
**United States Attorney Richard B. Roper**
**Northern District of Texas**

FOR IMMEDIATE RELEASE CONTACT: KATHY COLVIN
APRIL 10, 2008
WWW.USDOJ.GOV/USAO/TXN PHONE: (214)659-8600
FAX: (214) 767-2898

### TARRANT COUNTY MEN PLEAD GUILTY IN FEDERAL COURT
### TO FEDERAL CHILD PORNOGRAPHY OFFENSES

DALLAS - In two unrelated cases, Daniel P. Daly, 51, of Euless, Texas, and James Randall Madewell, 29, formerly of North Richland Hills, Texas, each pled guilty today before U.S. District Judge Reed O'Connor to one count of receipt of child pornography, announced U.S. Attorney Richard B. Roper of the Northern District of Texas. Each faces a maximum statutory sentence of not less than five years nor more 20 years in prison, a $250,000 fine and restitution. In addition, as part of their agreements with the government, they will each forfeit computer equipment and property used to commit the offenses. Daly is presently in federal custody; Madewell is on bond. Both are set for sentencing by Judge O'Connor on July 21, 2008, at 9:00 a.m.

According to documents filed in court, Daly admitted that between July 20, 2005, and September 10, 2005, he used the Internet to download picture files of minor children engaged in sexually explicit conduct. In April 2006, Immigration and Customs Enforcement, Cyber Crimes Center (ICE C3) began an investigation into a criminal organization that operated numerous commercial child pornography websites. The investigation revealed that the criminal organization offered subscribers a chance to purchase memberships via the Internet to purchase access to child pornography. ICE Special Agents identified Daniel P. Daly as an individual who had purchased access to child pornography via the commercial website.

On July 25, 2007, ICE Agents, along with officers form the Euless, Texas, Police Department, executed a federal search warrant at Daly's residence. A forensic exam of Daly's computer and storage media was performed and agents discovered more than 500 images of child porn and more than 10 video clips of child pornography.

Madewell admitted that between March 5, 2004, and March 20, 2004, he used the Internet to download picture files of minor children engaged in sexually explicit conduct. In May 2004, the FBI initiated an undercover investigation into Internet file sharing programs or "Peer to Peer" networks that allow an individual to share files with other individuals. The investigation revealed a particular individual, James R. Madewell, had child pornography images on his computer.

1 On June 29, 2004, FBI Special Agents along with officers from the North Richland Hills, Texas, Police Department executed a federal search warrant at Madewell's residence. A forensic examination of his computer and related storage media was performed and agents discovered more than 700 images of child pornography.

These cases are being brought as part of Project Safe Childhood, a nationwide initiative designed to protect children from online exploitation and abuse. Led by the U.S. Attorneys Offices, Project Safe Childhood marshals federal, state and local resources to better locate, apprehend, and prosecute individuals who exploit children via the Internet, as well as identify and rescue victims. For more information about Project Safe Childhood, please visit www.projectsafechildhood.gov

U.S. Attorney Roper commended the investigative efforts of Immigration and Customs Enforcement, the Federal Bureau of Investigation, and the Euless and North Richland Hills, Texas, Police Departments. Assistant U.S. Attorney Alex C. Lewis is prosecuting both cases.

FBI Home Page Dallas Press Releases Dallas Home Page

HOME • ABOUT US • EVENTS • RESOURCES • LATEST NEWS • Q&A • DONATE NOW

Stay Up To Date

Forms • Books And Brochures • Contact Your Representative • Press Releases • Articles • Case Matters • Links

Resources »» Press Releases » **Details**

# Pacific Justice Institute

STAY UP TO DATE

REQUEST ASSISTANCE

DONATE NOW

## Save Our Kids Coalition Launches New Initiative Drive to Reverse Effects of SB 777

City: Sacramento, CA

April 10, 2008

The Save Our Kids Coalition, which has worked tirelessly for the past several months to combat the effects of SB 777, is announcing that official petitions are ready and available online to be printed and signed by California voters. The Coalition must collect 435,000 signatures by August 29 in order to place on the statewide ballot an opportunity for voters to reject the heavy-handed attempts by backers of SB 777 to raise the level of homosexual and transgender propaganda in public schools.

The Coalition gathered 350,000 signatures in just 70 days at the end of last year for a referendum on SB 777. That effort fell short, and SB 777 is now law in California. However, with twice as much time, the ability to distribute the petition over the internet, and the continued dedication of the volunteers who fueled the remarkable referendum drive, the Coalition is confident that the initiative effort will succeed.

Karen England, Executive Director of CRI, commented, "It is crucial that we join together and turn back this assault on our families and values. With the continued support of the people of California, we are expecting the Save Our Kids petition drive to be a resounding success."

Pacific Justice Institute has been providing legal counsel for the referendum and initiative campaigns. PJI President Brad Dacus stated, "Together, we can send a powerful message to our elected officials that we will not stand idly by while they mandate alternative lifestyle propaganda in our schools. Hundreds of thousands of Californians have already demonstrated their disgust with SB 777 and worked hard on the referendum drive. By signing the new petition and gathering signatures, parents can take back their state."

To download and sign a petition, please visit www.SaveOurKids.net . The petition includes instructions for returning it for official counting. Everyone who signed the referendum petition late last year must sign the new petition in order for their signatures to count. Questions about the Save Our Kids initiative may be directed to Pacific Justice Institute at (916) 857-6900.

---

The Pacific Justice Institute is a non-profit 501(c)(3) legal defense organization specializing in the defense of religious freedom, parental rights, and other civil liberties.
P.O. Box 276600 Sacramento, CA 95827-6600
Phone: (916) 857-6900 Fax (916) 857-6902 Internet: www.pacificjustice.org

VISTE A



This is a WorldNetDaily printer-friendly version of the article which follows.
To view this item online, visit http://www.worldnetdaily.com/index.php?pageId=41887

**World    Daily**

Monday, April 28, 2008

## CRIMENETDAILY
# Former ACLU chief admits guilt
## Sentenced to 8 years for having 'graphic and violent' child porn

Posted: June 01, 2007
5:55 pm Eastern

WorldNetDaily.com

A former executive for the American Civil Liberties Union of Virginia has been sentenced to eight years in prison after he admitted having "graphic and violent" child pornography.

The guilty plea was entered in court in Virginia by Charles Rust-Tierney, where he was immediately sentenced, according to a report today from WJLA television.

Rust-Tierney previously had served as the president of the Virginia chapter of the ACLU, and admitted his guilt under a plea bargain. He had been in jail since his arrest earlier this year, because two separate judges in pretrial hearings had rejected his request for freedom, describing the pornography as some of the most sickening they ever had encountered.

It was Rust-Tierney who, nearly 10 years ago, had argued before the Loudoun County Library Board against any Internet filters on the computers at the public facility.

The library, which had been using filters on its computers, was ordered to change its policy by a federal court.

"The ACLU of Virginia urges the board to carefully consider a new Internet Use Policy that allows for maximum Internet access...," he said at the time.

He encouraged the library board to recognize "that individuals will continue to behave responsibly and appropriately while in the library," so therefore "the default should be maximum, unrestricted access to ... the Internet."

Prosecutors said Rust-Tierney, who also served as a youth league sports coach in the area, actually downloaded the materials on a computer in his son's bedroom at home.

**E**

As WND reported, the 51-year-old was arrested in February and was indicted in May on charges of having what a U.S. magistrate described as "the most perverted and nauseating and sickening type of child pornography" she ever had seen.

He was the Virginia ACLU president until 2005 and served on the group's board until the day he was arrested.

Authorities said he used his own credit card and his own e-mail address to access and purchase an estimated $1,000 in graphic and violent child pornography during 2005 and 2006, according to Virginia's North Country Gazette.

Magistrate Theresa Buchanan said the material included an extended video featuring the sexual torture of children, accompanied by a song by the band called Nine Inch Nails.

He faced a maximum sentence of 11 to 14 years on each of two counts, had he not reached a plea agreement.

Court records indicate Rust-Tierney had subscribed to several websites featuring child pornography over a period of years.

The federal indictment alleged he "knowingly received multiple computer files that contained photo and video depictions of minor teenage and prepubescent children engaging in sexually explicit conduct."

An anonymous chat room participant on the cannablog was distressed by the low profile in the national media over the case. When Rust-Tierney's arrest first was announced, authorities didn't even mention either his ACLU or youth league coaching connections.

"This man was the PRESIDENT of the Virginia ACLU and while he was president, he lobbied to keep the Internet available to child pornographers via any port available, and WHILE he was president he was engaged in purchasing and subscribing to child (infant and toddler torture) pornography for his personal and sexual gratification. The ACLU. Pouring money into a machine that victimizes children. For years. And that the media is keeping this out of sight is okay with you? Wow," he said.

Fox News' Bill O'Reilly called it a "horrifying" case. And he noted that the two "biggest left-wing outfits in the country – the New York Times and NBC News – ignored the story entirely." CBS News, CNN and most of the big city liberal newspapers also failed to cover the Rust-Tierney arrest, Fox said.

Several area broadcast stations and newspapers actually started covering the case as it headed towards a conclusion.

"That Mr. Rust-Tierney, a leading proponent of unrestricted access to the Internet, has now been arrested for receiving and possessing graphic child pornography should serve as testimony to the injudicious and baleful outgrowth of the legal challenges launched by the ACLU questioning the

F

constitutionality of important legislation that protects children from Internet exploitation and content harmful to minors," said a statement released by spokeswoman Cris Clapp of Enough is Enough, an organization dedicated to protecting children from the dangers on the Internet.

"When Mr. Rust-Tierney argued before the Loudoun County Library Board that unrestricted access to the resources of the Internet was essential for our children's ability to learn and communicate, and when groups like the ACLU contend that acceptable use policies alone are capable of protecting children online, they fail to acknowledge the tragic and devastating effects to children and families of both intentional and unintentional access to online pornography," the statement said.

The investigation that resulted in Rust-Tierney's arrest was conducted by the U.S. Immigration and Customs Enforcement agency, as well as Arlington County police as part of the Northern Virginia and District of Columbia Internet Crimes Against Children Task Force.

**G**

This is a WorldNetDaily printer-friendly version of the article which follows.
To view this item online, visit http://www.worldnetdaily.com/index.php?pageId=40389

**World    Daily**

Monday, April 28, 2008

### CRIMENETDAILY

# ACLU exec busted for child porn in court today

Former Virginia chapter president accused of downloading graphic assault videos

Posted: February 28, 2007
1:00 am Eastern

WorldNetDaily.com

A former American Civil Liberties Union executive, who once argued that Internet filters in libraries that limited children's access to pornography would interfere with their ability to learn and communicate, is facing a federal court hearing today on charges he possessed child pornography.

The preliminary hearing is scheduled in court in the Eastern District of Virginia for Charles Rust-Tierney, 51, of Arlington, Va., who has been held in custody in the case since his arrest. According to report on the case, Rust-Tierney admitted to investigators he had downloaded videos and images from child pornography websites onto CD-ROMS, which reportedly depicted graphic forcible assaults on young girls.

Rust-Tierney, who served as president of the Virginia ACLU chapter for several years, was the lawyer who argued against Internet filters in libraries in the early 2000s when the ACLU was opposing the Children's Internet Protection Act, which later was approved by Congress.

Donna Rice Hughes, president of Enough is Enough, a website dedicated to protecting children from the dangers on the Internet, had worked on CIPA, and then served as an expert witness for the defendant when Tierney and the ACLU sued over the filters.

"That Mr. Rust-Tierney, a leading proponent of unrestricted access to the Internet, has now been arrested for receiving and possessing graphic child pornography should serve as testimony to the injudicious and baleful outgrowth of the legal challenges launched by the ACLU questioning the constitutionality of important legislation that protects children from Internet exploitation and content harmful to minors," the organization said in a statement released by Enough is Enough spokeswoman Cris Clapp.

**H**

"When Mr. Rust-Tierney argued before the Loudoun County Library Board that unrestricted access to the resources of the Internet was essential for our children's ability to learn and communicate, and when groups like the ACLU contend that acceptable use policies alone are capable of protecting children online, they fail to acknowledge the tragic and devastating effects to children and families of both intentional and unintentional access to online pornography," the statement said.

CIPA was stricken by a lower court, but that decision was overturned by the U.S. Supreme Court in 2003, providing what Enough is Enough describes as "a landmark victory for child Internet safety protection."

The investigation that resulted in Rust-Tierney's arrest was conducted by the U.S. Immigration and Customs Enforcement agency, as well as Arlington County police as part of the Northern Virginia and District of Columbia Internet Crimes Against Children Task Force.

The explicitness of the offending videos is evidenced by the reports that in one of the scenes a prepubescent girl is "seen and heard crying" and another is described as "bound by rope."

Rust-Tierney's arrest was announced after his initial appearance before United States Magistrate Judge Barry R. Poretz, who ordered him held until a subsequent hearing.

Rice Hughes had advised Congress on the CIPA proposal, but her organization confirmed that an analysis shows that still more than 20,000 images of child pornography are posted on the Internet every week.

"Studies have demonstrated that early exposure to pornography is related to greater involvement in deviant sexual practices, particularly rape. Additionally, studies have confirmed that among child molesters incited, over half deliberately used the stimuli of pornography as they prepared to offend," the group said.

"The addictive qualities of pornography combined with the fact that habitual consumption of pornography can result in a diminished satisfaction with mild forms of pornography and a correspondingly strong desire for more deviant and violent material poses a direct threat to the safety of our children," the group said.

The group also noted that the fact Rust-Tierney "was serving as a youth sports leader is highly concerning."

"Groups like the ACLU, which in the ACLU Policy Number 4 ascribes to the belief that child exposure to explicit material and juvenile delinquency have never been carried to the point of definitive proof, and which ultimately propounds the legality of child pornography, represent an incredibly radical and malevolent agenda that clearly results in the exploitation of our children," the group said.

Rice Hughes is an internationally known Internet safety expert and advocate, and a leader of national efforts to protect children from sexual predators and Internet porn. Her book, "Kids

I

Online: Protecting Your Children in Cyberspace" was called a "powerful tool for parents" and has been translated into Spanish and Korean.

The Washington Times reported that an ICE agent said in a sworn affidavit that Rust-Tierney had subscribed to various child-pornography web sites in recent years.

The overall national ACLU's stance on pornography was made clear when in 1985 Barry Lynn told the U.S. Attorney General's Commission on Pornography that *child pornography was protected by the First Amendment.*

A StopTheACLU website notes that the organization still represents such groups as the North American Man-Boy Love Association and John Roberts, of the ACLU's Boston branch, said, "Mere possession should not be a crime."

Fox News' Bill O'Reilly called it a "horrifying" case. And he noted that the two "biggest left-wing outfits in the country – the New York Times and NBC News – ignored the story entirely." CBS News, CNN and most of the big city liberal newspapers also failed to cover the Rust-Tierney arrest, Fox said.

"Now the failure of most media outlets to cover this colossal embarrassment to the ACLU contrasts vividly with the coverage of preacher Ted Haggard, which embarrassed conservative Christians. You remember when Haggard was accused of immorality by a male prostitute, the story was all over the place."


If you'd like to sound off on this issue, please take part in the WorldNetDaily poll.


**Related special offers:**

Extortion! How the ACLU is destroying America using your money

Tick off the ACLU!

'Betrayed by the Bench'

# THE HOLY SABBATH-TABERNACLE
## OF
## THE LORD
[THE UNIVERSAL HOLY COVENANTED SABBATH CHURCH OF THE LORD GOD, THE 2ND COMING: 01010001]



OF

THE ARK COVENANT

**From:** James Arunga, P.O. Box 1344, Sacramento, CA 95812-1344

**To:** Sacramento Public Library Authority Board Members and Alternates

**RE:** PORNOGRAPHY IN PUBLIC LIBRARY OR IN OTHER PUBLIC PLACES LACKS THE LEGAL STANDING OF THE LAW OF THE LAND OF THE UNITED STATES

**Date:** March 27, 2008

### FINDING OF FACT

1. Pornography, defined-undefined in variegated forms, denotes cult barred in the United States of America.

2. Pornography, defined-undefined in variable appearances of cult-influencing Practices, connotes nihilist rights banned in the United States of America.

3. The ACLU-puton, "Open access to internet in Public Library", raises attainder/ ex post facto argument(s) barred and banned in the United States of America.

### SUMMARY:

On the premises of the American Jurisprudence De Jure: Open access and other schlocks to internets, a/k/a pornography establishing/pornography influences and practices in the Public Libraries and or in other Public Place(s), are barred and banned as illegal in the United States of America. Attachment(s).

U.S Preamble, Prosperity Provision. U.S. Constitution: Article I, Section 9 (3), and Amendments I and IX. Title 18USC: Sections 371, 1461, 1465, and 2. **U.S. v. Extreme Associates, Inc. et al, 431 F.3d 150 (3d cir. 2005).**

*Area(s) and circumference(s) composed of the Children Presence. U.S. Preamble, <u>Supra</u>.

THE DOCTRINE OF SABBATH-SEALED AND EVANGELIC • I SURRENDER ALL • PRAISE THE LORD IN THE WORLD OF THE HOLY TRINITY: AND THE WORD OF GOD TO "ALL YE PEOPLE OF ALL NATIONS: KEEP THE SABBATH, KEEP THE SABBATH" AND BELIEVE IN IT.

JAMES AGGREY-KWEGGYIRR, ARUNGA, SABBATHAN SAVANT, SERVANT, OF THE LORD
THE ELDER JAMES, PRAYER AND PROPHECY OF THE LORD • KENYA BENEVOLENT HUMANITARIAN
POST OFFICE BOX 1344 • SACRAMENTO • CALIFORNIA 95812-1344 • USA



# THE HOLY SABBATH-TABERNACLE
## OF
## THE LORD

[THE UNIVERSAL HOLY-COVENANTED SABBATH CHURCH OF THE LORD GOD, THE 2ND COMING: 01010001]



From:   James Aggrey-Kwegyirr Arunga _____ A
        Post Office Box 1344
        Sacramento, CA 95812-1344 /Tel:916 344 8049

To:   Sacramento Public Library Authority Board
      828   I Street, 4th Floor
      Sacramento, CA 95814

RE:   ACLU FEBRUARY 25, 2008 INSTRUMENT

RESOLVED, the ACLU above referenced instrument supporting "open access to the Internet in public libraries" will and or does not issue as is, similarly, moot on merits for lack of Standing of the Law of the Land. To wit, Sacramento Public Library is a government established entity as a source of: continuing education-pursuit, maintained compendiums of literacy and knowledge set-up and available to the Civilized Community.

Inter alia, ACLU instrument, directly-indirectly, intended to operate orgiastic fulsomeness by immured in ACLU nihilism is banned enumeration of opprobrium in the Law of the Land. Selah!

Dated and distributed to state-federal agencies on 7 March

<div style="writing-mode: vertical">
THE DOCTRINE OF SABBATH-SEALED AND EVANGELIC 'I SURRENDER ALL' PRAISE TO THE LORD IN THE WORD OF THE HOLY TRINITY, AND THE WORD OF GOD TO 'ALL YE PEOPLE OF ALL NATIONS: KEEP THE SABBATH, KEEP THE SABBATH' AND BELIEVE IN IT.

JAMES AGGREY-KWEGGYIRR ARUNGA, SABBATHIAN SAVANT, SERVANT OF THE LORD
THE ELDER JAMES, PRAYER AND PROPHECY OF THE LORD · KENYA BENEVOLENT HUMANITARIAN
POST OFFICE BOX 1344 · SACRAMENTO · CALIFORNIA 95812-1344 · USA
</div>


RECEIVED
MAR - 7 2008

SACRAMENTO PUBLIC LIBRARY AUTHORITY:

Jeff Slowey, Authority Boardmember
Jeannie Bruins, Alternate Boardmember
6237 Fountain Square Drive
Citrus Heights, CA 95621

SACRAMENTO PUBLIC LIBRARY AUTHORITY:

Roger Dickinson, Boardmember;
Jimmie Yee, Boardmember;
Susan Peters, Boardmember;
Roberta MacGlashan, Boardmember;
Don Nottoli, Boardmember;
Cortez Qinn, Linda Kimura, Larry Masuoka
and Donald Wilson, Alternate Boardmembers
700 - H Street, Room 2450
Sacramento, CA 95814-1280

SACRAMENTO PUBLIC LIBRARY AUTHORITY:

Robbie Waters, Authority Boardchair
Raymond Tretheway, III; Sandy Sheedy;
Bonnie Pannell & Robert King Fong, Boardmembers
Kevin McCarty, Alternate Boardmember
915 - I Street, 5th Floor
Sacramento, CA 95814



SACRAMENTO PUBLIC LIBRARY AUTHORITY:

Linda Budge, Authority Boardvicechair
David Sander, Alternate Boardmember
2729 Prospect Park Drive
Rancho Cordova, CA 95670

---

SACRAMENTO PUBLIC LIBRARY AUTHORITY:

Sophia Scherman, Authority Boardmember
Gary Davis, Alternate Boardmember
8380 Laguna Palms Way
Elk Gove, CA 95758

SACRAMENTO PUBLIC LIBRARY AUTHORITY:

Elizabeth Samano, Authority  Boardmember
Darryl Clare, Alternate  Boardmember
Post Office Box 285
Isleton, CA 95641

N

# THE HOLY SABBATH-TABERNACLE
## OF
# THE LORD

[THE UNIVERSAL HOLY-COVENANTED SABBATH CHURCH OF THE LORD GOD, THE 2ND COMING: 01010001]

OF
THE ARK
COVENANT

THE DOCTRINE OF SABBATH-SEALED AND EVANGELIC * I SURRENDER ALL* PRAISE THE LORD IN THE WORLD OF THE HOLY TRINITY; AND THE WORD OF GOD TO · ALL YE PEOPLE OF ALL NATIONS: KEEP THE SABBATH* AND BELIEVE IN IT.

JAMERS AGGREY-KWEGGYRR, ARUNGA, SABBATHIAN SAVANT, SERVANT, OF THE LORD
THE ELDER JAMES, PRAYER AND PROPHECY OF THE LORD · KENYA BENEVOLENT HUMANITARIAN
POST OFFICE BOX 1344 · SACRAMENTO · CALIFORANIA 95812-1344 · USA

**From:** James Arunga, P.O. Box 1344, Sacramento, CA 95812-1344

**Date:** April 18, 2008

### NOTICE FOR DETERRENT RETRIBUTION TO BELOW NAMED INDIVIDUALS*

James Arunga, the Carmichael Public Library patron, notifies you that he is filing Federal proceeding(s), under the U.S. FIA to $17.5Mil. RICO Damages against:  Gold; Landers; Teichert; Bagdassari; Freeman; Andrews and Carey.

**You Are Notified.**

**Sacramento Public Library (SPL) Is Not A Party In This Proceeding(s).**

*Organized individual(s) are, directly-indirectly, guilty of well orchestrated:
1. Financial Finagling(s).
2. Defalcation(s).
3. Subornation(s).
4. Meretricious pettiforggeries.
5. Retaliatory, harassing and discriminating contumelies.
6. Unauthorized profiling and privacy invasion(s).

## LIBRARY TROUBLES

Controversy in the Sacramento library system has been building for more than seven months.

May: Library staffers start a petition drive against management decisions to stock books such as Paris Hilton's autobiography while casting off more traditional titles. The library board agrees to look into complaints.

June: A Bee probe finds a library official has ties to Hagginwood Services Inc., a maintenance firm providing work for library branches. Documents show Hagginwood sometimes tripled the cost of maintenance work at branches without explanation. Library officials launch an investigation.

September: Library maintenance director resigns.

October: Library probe finds Hagginwood and a related firm overbilled the library $650,000 for maintenance work at branches. Investigations are launched by the district attorney, county grand jury, FBI and IRS.

Tuesday: Library sues maintenance firm, seeking $1.3 million in restitution from Hagginwood.

From SacBee Online 11/1/07 Filed with the Metro Section article <u>Library Edict Causes Stir</u> by Christina Jewett.

P

# THE HOLY SABBATH-TABERNACLE
## OF
## THE LORD
[THE UNIVERSAL HOLY COVENANTED SABBATH CHURCH OF THE LORD GOD, THE 2ND COMING: 010100011]

THE DOCTRINE OF SABBATH-SEALED AND EVANGELIC "I SURRENDER ALL" PRAISE THE LORD IN THE WORLD OF THE HOLY TRINITY: AND THE WORD OF GOD TO "ALL YE PEOPLE OF ALL NATIONS: KEEP THE SABBATH, KEEP THE SABBATH" AND BELIEVE IN IT.

JAMES AGGREY-KWEGGYIRR, ARUNGA, SABBATHIAN SAVANT, SERVANT, OF THE LORD
THE ELDER JAMES, PRAYER AND PROPHECY OF THE LORD - KENYA BENEVOLENT HUMANITARIAN
POST OFFICE BOX 1344 - SACRAMENTO - CALIFORANIA 95812-1344 - USA

**From:** James Arunga, P.O. Box 1344, Sacramento, CA 95812-1344

**To:** Sacramento Public Library Authority Board Members and Alternates:

**Re:** March 27, 2008 agenda items: 7.1 and others.

**Date:** March 28, 2008

### 1.    <u>Director's Compensation</u>
Dickinson mentioned in his letter (item 7.1 of the agenda), compensation of unrepresented management of the Library Authority.

**2.    The Ad Hoc Committee by Chair Roger Dickinson**, recommending an adjustment to the compensation of the Library Director for 2006-2007 "consistent with that which was received by other members of the of unrepresented management of the Library Authority" is, categorically, moot for stated reasons:  A)  The circumstances of the Grand Jury with respect to Anne Marie Gold and Gold's Administration are still pending.  B) According to Anil Paul's defense, Anne Marie Gold and Gold's Administration were aware of the violations of State and Federal Laws involving misuse, misappropriation, of public funds budgeted for the Public Government Entity of the Sacramento Public Library.

**3.    CalPers Issue of February 28, 2008-Present trumps any consideration of compensation plans for any unrepresented management of Library Authority, retro-actively**—Anne Marie Gold, Richard Teichert, and Library Administration:  the Executive, Management and Human Resources Teams.

**4.    The Board passed the 2008-2009 blank budget without specifically stating in the dollar amount the portion entitled to each branch.**

**5.    Saving money by not filling existing budgeted positions** raises the question: where is the money going?

6.    **"Refreshing the Computers" in a four year cycle,** that is to say 25% of the computers are to be "refreshed" in the system. Question: when you "refresh the equipment" what happens to the items that they replaced?

7.    **Hiring outside attorney to explain the complexity of CalPers** which the Administration created, question: was the money budgeted for such services and if so, did the Sacramento Public Library Authority Board approve it? And if so, show when approval was given to the Director of Public Library to obtain outside legal services or consultation.

<div align="center">

**SUMMARY**

</div>

**Above all an letter dated March 27, 2008 addressed to the Sacramento Public Library Authority Board members and alternates**, coming from Roger Dickinson, Chair, Library Director Compensation Ad Hoc Committee/Board Agenda item 7.1-Library Director Compensation, should **be rejected from consideration**; and, should be deferred until such time the Grand Jury report, Grand Jury recommendations, CalPers complexities and the branch budgets in specific dollar amounts are clearly understood by Board Members, taxpayers, and branch employees.

**See** <u>Abraham v. Singh</u>, F. 3d351,357 (5th Circuit Opinion, February 26, 2007).

<div align="center">

Page 2 of 2



</div>

# THE HOLY SABBATH-TABERNACLE
## OF
# THE LORD
[THE UNIVERSAL HOLY COVENANTED SABBATH CHURCH OF THE LORD GOD, THE 2ND COMING: 010100011]



**From:** James Arunga, P.O. Box 1344, Sacramento, CA 95812-1344 -A

**To:** Sacramento Public Library Authority Board Members and Alternates

**RE:** RESOLUTION FOR PUBLIC EMPLOYEES' RETIREMENT SYSTEM—PERS

**Date:** March 27, 2008

### FINDING OF FACT*

I. 1993-Sacramento CityCounty Independent Public Library System emerged:

1. With CityCounty Employees Union Membership maintained as before.
2. With CityCounty Membership retained in the PERS (Public Employees' Retirement System) at the same benefit levels, to continue as before.

II. The 1996-Sacramento CityCounty Independent Public Library created:

1. CityCounty Employees Tier-1, agreeing to cover the period from July 1996 to June 2000.
2. CityCounty New Employees Tier-2, agreeing to cover the period from July 1996 to June 2000.

III. Between 1996-2000 Sacramento Public Library and Union maintained, renewed and agreed:

1. That the two-tier system of benefits were to remain unchanged.
2. To insert provisions that promised certain improvements in the basic pension benefits, effective July 2, 2001.

IV. Similarly, from 1996, concurrently, the 55-year retirement age plan remained intact as agreed upon by Sacramento Public Library Authority and the Union for all employees.

V. 2003 Sacramento (CityCounty Independent) Public Library System, renewed the two-tier System of benefits to a single uniform System, with further benefits to be made for Periods beginning:

1. July 1, 2006-June 30, 2009.
2. July 1, 2006-June 30 2012.

*See February 28, 2008 Agenda item No. 7.2: Attachment A, pages 284-296 or Chang Memorandum/BD February 20, 2008, pgs. 1-13.

**PAGE 1 of 2**

S

VI. The sound differential retirement of 2%:2.7% is the average of 2% and 2.7% equals 2.3% consistent with uniform System, for all employees at the age of 55, retroactively (including retirees and current personnel).

## SUMMARY

The July 1993-July 2006 Agreement(s), between the Sacramento Public Library and the Union, completed PERS Contract providing normal uniform retirement benefits for all employees.  To wit:

1. The highest earnings of 12-months provision to remain unchanged as base period earnings.
2. The 55-year retirement age plan to remain intact for all employees.
3. The average retirement of 2.3% for all employees, retroactively (including retirees and current personnel), be considered as simple, practical and reasonable, to work with.

## ACTION

Resolve (d), the Board members of this April 24, 2008, should adopt/adopt  the Resolution for this uniform structured system of Public Employees' Retirement System, for all Sacramento Public Library Employees (including retirees and current personnel), retroactively effective June 30, 1993—.

THE RESOLUTION FOR PUBLIC EMPLOYEES' RETIREMENT SYSTEM—PERS, IS HEREBY RESOLVED AND ADOPTED ON THIS___DAY OF_____, 2008, BY SACRAMENTO PUBLIC LIBRARY AUTHORITY BOARD MEMEBERS AND OR  ALTERNATES AS HERE-UNDER SIGNED BY:

Robbie Waters_____, Chair

Linda Budge_____, Vice Chair

FOR:

      Jeff Slowey
      Sophia Scherman
      Elizabeth Samano
      Raymond L. Tretheway III
      Sandy Sheedy
      Bonnie Pannell
      Robert Fong
      Roger Dickinson
      Jimmie Yee
      Susan Peters
      Roberta MacGlashan
      Don Nottoli



# THE HOLY SABBATH-TABERNACLE
## OF
## THE LORD
[THE UNIVERSAL HOLY COVENANTED SABBATH CHURCH OF THE LORD GOD, THE 2ND COMING; 01010001]



OF
COVENANT

<div style="writing-mode: vertical;">

THE DOCTRINE OF SABBATH-SEALED AND EVANGELIC.—I SURRENDER ALL"PRAISE THE LORD IN THE WORLD OF THE HOLY TRINITY; AND
THE WORD OF GOD TO "ALL YE PEOPLE OF ALL NATIONS: KEEP THE SABBATH. KEEP THE SABBATH" AND BELIEVE IN IT.

JAMES AGGREY-KWEGGYIRR, ARUNGA, SABBATHIAN SAVANT, SERVANT, OF THE LORD
THE ELDER JAMES PRAYER AND PROPHET OF THE LORD-KENYA BENEFICENT COVENANTARIAN
POST OFFICE BOX 1344—SACRAMENTO—CALIFORNIA 95812-1344—USA

</div>

**From:** James Arunga, P.O. Box 1344, Sacramento, CA 95812-1344

**To:** Sacramento Public Library Authority Board Members and Alternates:

**Re:** Ms. Carey and Ms. Andrews Contumacious Activities vs. Policies of Government Entity--Sacramento Public Library

**Date:** March 21, 2008

### FINDING OF FACT

1. Ignoring library building security by Claudia Carey would issue termination of Ms. Carey instantly, on probable cause.
2. Ignoring to separate monies for the Sacramento Public Library from Friends of the Library—Carmichael would issue termination of Ms. Carey instantly, on probable cause.
3. Manipulating payroll for more money undue to her by fixing timesheet beyond actual hours worked and coordinating with "Interim Supervisor"—Shelley Andrews to approve such fixation is plain theft. Accordingly, contumacious activities of Ms. Carey and Ms. Andrews issue instant termination on probable cause against them. To wit: it is so Racketeering Finagling that results to specifically thieving public and taxpayers' monies in violation of State and Federal Laws.

### SUMMARY

The services of Ms. Carey and Ms. Andrews are not in conformity to policies established to operate government entity---Sacramento Public Library, Carmichael Branch nor in any other branches of the Library; that neither Ms. Carey nor Ms. Andrews is qualified to work in

U

Sacramento Public Library system because their services, separately-jointly, are not in conformity with duties and responsibilities of designated positions of Circulation Supervisor-Library Technician; Circulation Supervisor-Library Technician-Interim Branch Supervisor, respectively. In that, it has become a pattern within the library system for people to manipulate public and taxpayers monies in such manner for their own benefits, in violation of State and Federal Laws.

The then and concurrent employ of Ms. Claudia F. Carey and Ms. Shelly Rae Andrews in Sacramento Public Library System is rejected and unacceptable as moot on state and federal law de jure. See **U.S. vs. Martha Stewart et al,** 287 F. Supp. 2d 461 (S.D.N.Y 2003), United States Court of Appeals for the Second Circuit, August Term, 2004, Docket Nos. 04-3953(L)-cr, 04-4081(Con)-cr.

Page 2 of 2



FILED
Superior Court Of California,
Sacramento

Dennis Jones, Executive
Officer

02/20/2008
djohnson3
By_____, Deputy

Case Number:
34-2008-00003847-CU-WT-GDS

1  LAW OFFICE OF ROBERT A. CARICHOFF
   Robert A. Carichoff (SBN 211066)
2  U.S. Bank Plaza
   980 Ninth Street, Suite 1600
3  Sacramento, California 95814
   Telephone:    (916) 449-9506
4  Facsimile:    (916) 419-1198

5

6  Attorney for Plaintiff Anil Paul

7

8          SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                  COUNTY OF SACRAMENTO

10  ANIL PAUL, an individual,              )  Case No.:
                                           )
11          Plaintiff,                      )  COMPLAINT
                                           )
12      vs.                                )  Jury Trial Requested
                                           )
13  SACRAMENTO PUBLIC LIBRARY and          )
    DOES 1-100,                            )
14                                         )
                                           )
15          Defendants.                     )
                                           )
16                                         )        **BY FAX**
                                           )
17  _____)

18                  **GENERAL ALLEGATIONS**

19  1.          Defendant SACRAMENTO PUBLIC LIBRARY ("Defendant") is a public entity

20  which is located in Sacramento County, California.

21  2.          Plaintiff ANIL PAUL ("Mr. Paul") is an adult resident of Contra Costa County,

22  California who was employed by Defendant until August 16, 2007.

23  3.          Mr. Paul is unaware of the true names and capacities of defendants sued herein as

24  DOES 1-100, inclusive, and therefore sues these defendants by such fictitious names.  Mr.

25  Paul will amend this complaint to allege their true names and capacities when ascertained

26  Mr. Paul is informed and believes and thereon alleges that each of these fictitiously named

27  defendants is responsible in some manner for the occurrences herein alleged, and that Mr

28  Paul's injuries as herein alleged were proximately caused by the aforementioned defendants.

                                    1

                                                          Complaint

4.      Mr. Paul is informed and believes and thereon alleges that at all times herein mentioned each of the defendants was the agent and employee of each of the remaining defendants and, in doing the things hereinafter alleged, was acting within the course and scope of such agency and employment.

## FIRST CAUSE OF ACTION

### (Retaliation)

5.      Paragraphs 1 through 4 of this Complaint are incorporated into this cause of action as though fully set forth herein.

6.      Mr. Paul served as the Director of Finance for Defendant until August 16, 2007. During the course of his employment, Mr. Paul enjoyed favorable reviews and was promoted to the position of Director of Finance, one that paid a handsome salary and benefits valued at approximately $180,000.00 annually.

7.      While working in that position, Mr. Paul became aware that several of Defendant's Directors were using county credit cards for their own personal use

8.      Mr. Paul also became aware of the fact that Defendant had caused a one million dollar overpayment to be made to one county employee's own company.

9      In or around June 2006, Mr. Paul made Defendant, a public government run agency, aware of the improper use of county credit cards by Defendant's Directors and of the one million dollar overpayment made to one county employee's company   Mr Paul had reasonable cause to believe that such actions were violations of state or federal laws, rules, and/or regulations.

10.     Defendant responded that it would take care of these problems.

11.     After several months, Mr Paul observed that these problems had not been resolved and he began refusing to sign checks to cover expenses that were improper.

12      Subsequently on August 16, 2007, and as a direct result of Mr. Paul's reporting of Defendant's improper activities, Mr. Paul's employment was terminated.

13.     Mr. Paul has suffered damages as a result of his termination in an amount that will be proved at the trial of this matter.

Complaint

X

14.     On November 28, 2007, and within six months of the date of his termination by Defendant, Mr. Paul provided written notice of his claim to Defendant.  A copy of this notice is appended hereto as "Exhibit A," and incorporated by this reference as though fully set forth herein.

15      At Defendant's request, Mr. Paul provided Defendant subsequent written notice of his claim on Defendant's own Claim Form on December 8, 2007.  A copy of this Claim Form is appended hereto as "Exhibit B," and incorporated by this reference as though fully set forth herein.

16.     Defendant did not respond to Mr Paul's Claim Form.

## SECOND CAUSE OF ACTION

### (Wrongful Termination in Violation of Public Policy)

17      Paragraphs 1 through 16 of this Complaint are incorporated into this cause of action as though fully set forth herein.

18.     In or around June 2006, Mr Paul made Defendant, a public government run agency, aware of the improper use of county credit cards by Defendant's Directors and of the one million dollar overpayment made to one county employee's company.  Mr. Paul had reasonable cause to believe that such actions were violations of state or federal laws, rules, and/or regulations.

19      Defendant wrongfully terminated Mr. Paul' employment as a direct result of his report and subsequent refusal to sign checks to cover such improper expenses.

20.     As a proximate result of Defendant's wrongful termination of Mr. Paul in violation of public policy, as alleged above, he has been harmed in that he has suffered the loss of wages, salary, benefits, and additional amounts of money he would have received if Defendant had not wrongfully terminated him.  As a result of such wrongful termination and consequent harm, Mr. Paul has suffered such damages as may be proved at trial.

21.     The above-recited actions of Defendant were done with malice, fraud, or oppression, and in reckless disregard of Mr. Paul' rights.  Specifically, as set forth above,

3

Complaint

Y

1  Defendant consciously disregarded Mr. Paul' right not to be terminated for reporting activities

2  he believed violated state or federal laws, rules, and/or regulations.

3

4  WHEREFORE, Mr. Paul prays for judgment as follows:

5      1.      For general damages according to proof;

6      2.      For punitive damages in an amount appropriate to punish Defendant for its

7              wrongful conduct and set an example for others;

8      3.      For interest on the sum of damages awarded;

9      4.      For costs of suit herein incurred; and

10     5       For such other and further relief as the court deems proper.

11

12 Dated: February 19, 2008

13                                    LAW OFFICE OF ROBERT A CARICHOFF

14

15                              By:  _____

16                                   ROBERT A. CARICHOFF
                                     Attorney for Anil Paul
17

18

19

20

21

22

23

24

25

26

27

28

                                          4                              Complaint

F
08-777
RJL



# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

JAMES AGGREY-KWEGGYIRR ARUNGA/DL HOM
COUNTY OF RESIDENCE OF SACRAMENTO, CA    85856

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    88888
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

JAMES AGGREY-KWEGGYIRR ARUNGA/DL HOM
P.O. BOX 1344 1549 MANZANITA AVENUE 4
SACRAMENTO, CA 95812-1344
TELEPHONE: 916-344-3045

## DEFENDANTS    ETAL

NICOLE A. OZER/AMERICAN CIVIL LIBERY
UNION, WASHINGTON, DC

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    DC
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
L

Case: 1:08-cv-00777
Assigned To : Leon, Richard J.
Assign. Date : 5/6/2008
Description: Pro Se General Civil

JURY ACTION

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government
  Plaintiff

○ 2 U.S. Government
  Defendant

○ 3 Federal Question
  (U.S. Government Not a Party)

◉ 3 Diversity
  (Indicate Citizenship of
  Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ◉ 4 |
| Citizen of Another State | ◉ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ○ A. Antitrust

☐ 410 Antitrust

### ○ B. Personal Injury/ Malpractice

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)    OR    ◉ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☒ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(26)

| O **G. Habeas Corpus/ 2255** | O **H. Employment Discrimination** | O **I. FOIA/PRIVACY ACT** | O **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| O **K. Labor/ERISA (non-employment)** | O **L. Other Civil Rights (non-employment)** | **M. Contract** | O **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding  O 2 Removed from State Court  O 3 Remanded from Appellate Court  O 4 Reinstated or Reopened  O 5 Transferred from another district (specify)  O 6 Multi district Litigation  O 7 Appeal to District Court from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28USC, Sec. 1331 & 1332:Diversity of citizenship and ACLU-puton that 1st Amend. protects, "open access to pornography viewers in Public Libraries."

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  **DEMAND $** 1.7Billion  Check YES only if demanded in complaint  **JURY DEMAND:** YES ☒  NO ☐

**VIII. RELATED CASE(S) IF ANY** ∂F.  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE 8 May 2008  SIGNATURE OF ATTORNEY OF RECORD  _A⸱/⸱⸱⸱⸱_

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.