UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES AGGREY-KWEGGIRR ARUNGA, <br><br>and<br><br>DL HOM,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RICHARD TEICHERT<br>**Sacramento Public Library Authority**<br>**Administrative Offices**<br>**828 I Street, Fourth Floor**<br>**Sacramento, CA 95814-2508**<br><br>and<br><br>ROGER DICKINSON<br>**Sacramento County Board of Supervisors**<br>**700 H Street, Suite 2450**<br>**Sacramento, CA 95814-1298**<br><br>and<br><br>BONNIE PANNELL<br>**Sacramento City Council**<br>**915 I Street, Fifth Floor**<br>**Sacramento, CA 95814-2613**<br><br>and<br><br>ANNE MARIE GOLD<br>**Sacramento Public Library Authority**<br>**Administrative Offices**<br>**828 I Street, Fourth Floor**<br>**Sacramento, CA 95814-2508**<br><br>and | Civil Case No. **08-777 (RJL)** |

- 2 -

| | |
|---|---|
| **ALISON LANDERS** | ) |
| **Sacramento Public Library Authority** | ) |
| **Administrative Offices** | ) |
| **828 I Street, Fourth Floor** | ) |
| **Sacramento, CA 95814-2508** | ) |
| | ) |
| and | ) |
| | ) |
| **CYNTHIA PHIPPS** | ) |
| **Sacramento Public Library Authority** | ) |
| **Administrative Offices** | ) |
| **828 I Street, Fourth Floor** | ) |
| **Sacramento, CA 95814-2508** | ) |
| | ) |
| and | ) |
| | ) |
| **CHRISTOPHER FREEMAN** | ) |
| **Sacramento Public Library Authority** | ) |
| **Administrative Offices** | ) |
| **828 I Street, Fourth Floor** | ) |
| **Sacramento, CA 95814-2508** | ) |
| | ) |
| and | ) |
| | ) |
| **SHELLY ANDREWS** | ) |
| **Sacramento Public Library Authority** | ) |
| **Administrative Offices** | ) |
| **828 I Street, Fourth Floor** | ) |
| **Sacramento, CA 95814-2508** | ) |
| | ) |
| and | ) |
| | ) |
| **CLAUDIA CAREY** | ) |
| **Sacramento Public Library Authority** | ) |
| **Administrative Offices** | ) |
| **828 I Street, Fourth Floor** | ) |
| **Sacramento, CA 95814-2508** | ) |
| | ) |
| *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**DEFENDANTS RICHARD TEICHERT, ROGER DICKINSON, BONNIE PANNELL, ANNE MARIE GOLD, ALISON LANDERS, CYNTHIA PHIPPS, CHRISTOPHER FREEMAN, SHELLY ANDREWS, AND CLAUDIA CAREY'S MOTION FOR ENLARGEMENT OF TIME AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Defendants Richard Teichert, Roger Dickinson, Bonnie Pannell, Anne Marie Gold, Alison Landers, Cynthia Phipps, Christopher Freeman, Shelley Andrews, and Claudia Carey ("Moving Defendants") respectfully move the Court, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, to enlarge the time within which to answer, move, or otherwise respond to the Complaint in this matter until June 27, 2008.[1]  This is the Moving Defendants' first request for an enlargement of time and no scheduling order has been entered in this case. Pursuant to Local Rule 7(m), undersigned counsel called Plaintiffs James Aggrey-Kweeggir Arunga and DL Hom four times on four separate days to discuss this motion and determine whether Plaintiffs oppose the relief sought, but on each occasion there was no answer at the telephone number provided by the Plaintiffs with the Complaint, and no means of leaving a voicemail.

Plaintiffs James Arunga and DL Hom filed this suit against the Moving Defendants and a number of others, including various offices of the American Civil Liberties Union.  The Complaint asserts allegations of "internet pornography in the Sacramento Public Library System and Facilities," conducting "scandalous business," and a variety of other allegations, many of which are unintelligible.  See Compl. [1] at 1-3.  Moving Defendants are either members of the

---

[1] In filing this motion, undersigned counsel appear specially for the sole purpose of seeking an enlargement of time to respond to the Complaint.  Moving Defendants do not waive the defenses listed in FRCP Rule 12(b)(2) (lack of personal jurisdiction), (b)(3) (improper venue), (b)(4) (insufficient process), and (b)(5) (insufficient service of process).

board governing the Sacramento Public Library Authority ("SPLA") or employees thereof.[2] Copies of the Complaint were hand-delivered to Defendants Gold, Teichert, Freeman, Andrews, and Carey on May 9; to Defendants Landers and Phipps on May 14; and to Defendants Dickinson and Pannell on May 22. Under FRCP Rule 12(a), responses are due from Defendants Gold, *et al.* on May 29, from Defendants Landers and Phipps on June 3, and from Defendants Dickinson and Pannell on June 11.

Moving Defendants file this motion in good faith in order to facilitate a just and efficient resolution of this matter and a number of circumstances provide good cause for the requested enlargement of time. First, Plaintiffs' piecemeal attempts to serve the Moving Defendants would, absent an enlargement of time, unnecessarily require multiple responses to the Complaint, wasting the parties' and the Court's time and resources, and creating confusion. These problems can be avoided by granting an enlargement of time that allows a single joint response from all of the Moving Defendants.

Second, notwithstanding that Plaintiffs allege that they and the Moving Defendants reside in California and that, to the extent they can be deciphered, all the events alleged in the Complaint took place in California, Plaintiffs elected to file this suit in federal court in the District of Columbia. The Moving Defendants are seven individual public library employees and two board members, with no expectation of being required to respond to suit in the District of Columbia in connection with their positions at the library. The Moving Defendants have acted promptly and diligently to locate and retain common counsel in the District of Columbia, but this is a time-consuming process. The Moving Defendants should not be penalized for Plaintiffs'

---

[2] Arevik Bagdassari, another employee of the SPLA, is also named as a defendant. However, as of the date this motion, Ms. Bagdassari has not been served.

decision to file in an apparently improper venue, but rather, should be provided adequate time to coordinate with counsel and with each other and prepare a response. Granting the requested enlargement of time will facilitate the parties' presentation and the Court's resolution of this case.

Finally, an enlargement of time will not unfairly prejudice Plaintiffs. As noted above, the need for the enlargement of time arises largely from Plaintiffs' decisions to name multiple individual and entity defendants, to deliver the Complaint to them at different times, and to file suit far from where they reside. As of the date of this motion, Plaintiffs had not completed their attempts to serve all of the defendants. In light of the foregoing, Moving Defendants' request for an enlargement of time of less than 30 days is reasonable.

For the foregoing reasons, Moving Defendants respectfully request that the time for answering or otherwise responding to Plaintiffs' Complaint be extended until June 27, 2008. An order consistent with this motion is attached.

Dated: May 29, 2008

                                                  Respectfully submitted,

                                                    /s/   William N. Sinclair
                                                  ANTHONY L. MICHAELS, D.C. Bar # 458510
                                                  NESSA E. HOREWITCH, D.C. Bar # 477467
                                                  WILLIAM N. SINCLAIR, D.C. Bar # 500799
                                                  Beveridge & Diamond, P.C.
                                                  1350 I Street, NW, Suite 700
                                                  Washington, D.C. 20003
                                                  (202) 789 6000

## CERTIFICATE OF SERVICE

      I hereby certify that I have placed a copy of the foregoing **DEFENDANTS RICHARD TEICHERT, ROGER DICKINSON, BONNIE PANNELL, ANNE MARIE GOLD, ALISON LANDERS, CYNTHIA PHIPPS, CHRISTOPHER FREEMAN, SHELLY ANDREWS, AND CLAUDIA CAREY'S MOTION FOR ENLARGEMENT OF TIME AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** in the United States mail, via first class, postage paid, delivery to:

    James Aggrey-Kweeggir Arunga and DL Hom
    4849 Manzanita Avenue, #4
    Carmichael, CA 95608-0866

    James Aggrey-Kweeggir Arunga and DL Hom
    4849 Manzanita Avenue, #4
    Sacramento, CA 95812-1344[3]

on this 29th day of May, 2008.

                                                /s/ William N. Sinclair
                                                WILLIAM N. SINCLAIR, D.C. Bar # 500799
                                                Beveridge & Diamond, P.C.
                                                1350 I Street, NW, Suite 700
                                                Washington, D.C. 20003
                                                (202) 789 6000

---

[3] The address of record provided by the Plaintiffs includes a handwritten change to the street address, but continues to list Sacramento as the city (with corresponding Sacramento zip code). Counsel for the Moving Defendants have been informed that Plaintiffs' correct address is the Carmichael address listed above. To ensure that Plaintiffs receive a copy of this motion, Moving Defendants have sent copies to both addresses, and presume that Plaintiffs will make any necessary corrections to their address of record upon receiving this Motion.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES AGGREY-KWEGGIRR ARUNGA, *et al.*, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Case No. **08-777 (RJL)** |
| RICHARD TEICHERT, *et al.*, ) ) | |
| Defendants. ) ) | |

## ORDER

UPON CONSIDERATION of Defendants Richard Teichert, Roger Dickinson, Bonnie Pannell, Anne Marie Gold, Alison Landers, Cynthia Phipps, Christopher Freeman, Shelley Andrews, and Claudia Carey's Motion for Enlargement of Time and Memorandum of Points and Authorities in Support Thereof ("Defendants' Motion"), and good cause having been shown therefor, it is this ____ day of _____, 2008, hereby

ORDERED that Defendants' Motion is GRANTED and that Defendants Richard Teichert, Roger Dickinson, Bonnie Pannell, Anne Marie Gold, Alison Landers, Cynthia Phipps, Christopher Freeman, Shelley Andrews, and Claudia Carey's have until June 27, 2008 to respond to Plaintiffs' Complaint. A copy of this Order shall be sent to the following persons:

William N. Sinclair
Beveridge & Diamond, P.C.
1350 I Street, NW, Suite 700
Washington, DC, 20003

James Aggrey-Kweeggir Arunga and DL Hom
4849 Manzanita Avenue, #4
Sacramento, CA 95812-1344

_____
JUDGE, UNITED STATES DISTRICT COURT

Case 1:08-cv-00777-RJL    Document 2-2    Filed 05/29/2008    Page 2 of 2