UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 03 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JAMES AGGREY-KWEEGGYIRR )
ARUNGA, *et al.* )
)
  Plaintiffs, )
) Civil Case No. 08-777 (RJL)
  v. )
)
)
RICHARD TEICHERT, *et al.* )
)
  Defendants. )

MEMORANDUM OPINION
(May ___, 2008)

  This matter comes before the Court on review of plaintiff's *pro se* civil complaint. The Court will hereby DISMISS the complaint.

  Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks to obtain. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

  The Court is mindful that complaints filed by *pro se* litigants are held to less

stringent standards than formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). However, having reviewed plaintiff's complaint and attachments, the Court finds it does not meet the basic requirements of Rule 8(a). Much of the complaint is unintelligible, and even the identities of the plaintiffs – "James Aggrey-Kweeggyirr Arunga, DL Hom and or Prosperity - Embryo Species – Extant Species of 'We the People of the United States of America' and or Others, Similarly, Situated" – are unclear. Further adding to the confusion, plaintiffs allege "retaliatory harassment" against "DL Hom and posterity," but, as support for this claim, attach the resume and communications of Doreen H. Lee, who is mentioned nowhere in the complaint.

In sum, the Court is unable to determine the nature of the claim being made or who is making the claim against whom. Accordingly, the Court will dismiss the complaint without prejudice. An appropriate Order accompanies this Memorandum Opinion.

_____
RICHARD J. LEON
United States District Judge