UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 0 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JAMES AGGREY-KWEEGGYIRR )
ARUNGA, *et al.* )
)
      **Plaintiffs,** )
) Civil Case No. 08-777 (RJL)
v. )
)
)
RICHARD TEICHERT, *et al.* )
)
      **Defendants.** )

## FINAL JUDGMENT

For or the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that this action is dismissed without prejudice. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date: 6/2/08

                                            RICHARD J. LEON
                                            United States District Judge

3